| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sullivan , Richard J | 2. Court or Organization Southern District of New York | 3. Date of Report 02/16/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge -- Nominee | 5a. Report Type (check appropriate type) ☒ Nomination, Date 02/15/2007 ☐ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 1/1/2006 to 1/30/2007 |
| 7. Chambers or Office Address Marsh Inc 1166 Avenue of the Americas New York, NY 10036 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Director and General Counsel | Marsh Inc. |
| 2. Vice President and Deputy General Counsel-Litigation | Marsh & McLennan Companies Inc. |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Federal Employees Pension Plan; pension upon age 65 |
| 2. 2005-2007 | Marsh & McLennan Companies Inc Pension Plan; pension upon retirement age 65 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan , Richard J | 02/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Marsh & McLennan Companies, Inc | $ 207,475.33 |
| 2. 2006 | Marsh & McLennan Companies, Inc. | $ 606,520.02 |
| 3. 2007 | Marsh & McLennan Companies, Inc. | $ 39,583.00 |
| 4. | | . |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed; part-time bookkeeper |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | EXEMPT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan , Richard J | 02/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. · | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan , Richard J | 02/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Roslyn Savings Bank Accounts | B | Interest | J | T | EXEMPT | | | | |
| 2. Roslyn Savings Bank - CD | B | Interest | L | T | | | | | |
| 3. JPMorgan Chase Bank Accounts | A | Interest | L | T | | | | | |
| 4. New York Community Bancorp Common Stock | D | Dividend | K | T | | | | | |
| 5. Merrill Lynch Institutional Tax Exempt Fund (Money Market) | A | Interest | M | T | | | | | |
| 6. Merrill Lynch 529 College Savings Accounts | A | Interest | L | T | | | | | |
| 7. Merrill Lynch Nuveen Tradewinds International Fund | A | Dividend | K | T | | | | | |
| 8. Merrill Lynch Matthews Pacific Fund | A | Dividend | J | T | | | | | |
| 9. Merrill Lynch NFJ Dividend Value Fund | A | Dividend | K | T | | | | | |
| 10. Merrill Lynch American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 11. Merrill Lynch Third Avenue Value Fund | A | Dividend | K | T | | | | | |
| 12. Merrill Lynch Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |
| 13. Merrill Lynch Loomis Sayles Bond Fund | A | Dividend | L | T | | | | | |
| 14. Fidelity IRA Magellan Fund | B | Dividend | J | T | | | | | |
| 15. Salomon Smith Barney IRA Dow Street Unit Investment | B | Dividend | J | T | | | | | |
| 16. Fidelity Institutional Short Term Government | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
                                              F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
                                        N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)  P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
                                       Q =Appraisal   S =Assessment   T =Cash Market
                                       U =Book Value   V =Other   W =Estimated

# FINANCIAL STATEMENT

## NET WORTH

_____

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 276 | 339 | Notes payable to banks-secured | | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | | |
| Listed securities-add schedule | | 42 | 611 | Notes payable to relatives | | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid income and interest | | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | | |
| Real estate owned-add schedule | | | | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | | |
| Autos and other personal property | | 38 | 000 | | | | | |
| Cash value-life insurance | | | | | | | | |
| Other assets itemize: | | | | | | | | |
| See attached schedule | | 370 | 250 | | | | | |
| | | | | | | | | |
| | | | | Total liabilities | | | | |
| | | | | Net Worth | | 727 | 200 | |
| Total Assets | | 727 | 200 | Total liabilities and net worth | | 727 | 200 | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |